UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:05:CR:193

v.

                                      HON. GORDON J. QUIST

LISETTE POUPARD-PURGIEL,

        Defendant.

_____/

## **ORDER**

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

        THEREFORE, IT IS ORDERED that:

        1.        The Report and Recommendation of the Magistrate Judge filed October 4, 2005, is approved and adopted as the Opinion and Findings of this Court.

        2.        Defendant Lisette Poupard-Purgiel's pleas of guilty to Counts 1, 31, and 61 of the Indictment are accepted. Defendant Lisette Poupard-Purgiel is adjudicated guilty.

        3.        A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: October 27, 2005                                          /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                        UNITED STATES DISTRICT JUDGE